ANGELINE KAWACZ, Individually, and as Administratrix of the Estate of FRANK KAWACZ, Deceased, Respondent, *v.* DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.

(Submitted February 26, 1934; decided March 6, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 259 N. Y. 166.)

In the Matter of the Estate of ELLEN HAYES, Deceased. ARTHUR G. HAYS et al., Appellants; OLIVER W. HAYES et al., Respondents.

(Submitted February 26, 1934; decided March 6, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 263 N. Y. 219.)